Eastern District of Kentucky
**FILED**

DEC 20 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 6:24-CR-092-CHB
    21 U.S.C. § 846

**JEFFREY L. MCDANIEL,**
   aka SPIC

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

Beginning on or about a day in June 2024, the exact date unknown, and continuing until July 2, 2024, in Laurel County, Knox County, and Whitley County, in the Eastern District of Kentucky, and elsewhere,

**JEFFREY L. MCDANIEL,**
**aka SPIC,**

did conspire with others to knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

Before Defendant **JEFFREY L. MCDANIEL, aka SPIC,** committed the offense charged in this count, he was previously convicted under federal law of the following serious felony drug offense: 2010 Conspiracy to Manufacture 500 grams or more of a Mixture or Substance Containing Methamphetamine, for which he served more than 12

months of imprisonment and for which he was released from serving any term of imprisonment related to this offense within 15 years from the commencement of the instant offense.

A TRUE BILL

███████████████

FOREPERSON

*/s/ Carlton S. Shier*

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not less than 5 years and not more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years of supervised release.

> **If prior serious drug felony:** Not less than 10 years and not more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years of supervised release.

**PLUS:**    Mandatory special assessment of $100.

**PLUS:**    Restitution, if applicable.